AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

Brine, Inc.

v.

Warrior Lacrosse, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-40082 FDS**

TO: (Name and address of defendant)

Warrior Lacrosse, Inc.
31430 Mound Road
Warren, MI  48092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis A. Rodriques, Esq.
Jenny K. Cooper, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Sherry Jones_ (signature)
(BY) DEPUTY CLERK

DATE 5/27/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/27/05 at 2:05 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William A. Blazo, Jr | Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Warrior Lacrosse, Inc., 6881 Chicago Rd, Warren, Michigan - Accepted by Donna Pettit, Comptroller

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/27/05
            Date

Signature of Server: William A. Blazo Jr

Address of Server: Harness, Dickey & Pierce, 5445 Corporate Dr - Suite 400, Troy, Michigan 48098

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.