UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| BRINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-40082 |
| WARRIOR LACROSSE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff, Brine, Inc., hereby dismisses the above-referenced action with prejudice, and without costs to any party, all rights of appeal withdrawn and waived.

Respectfully submitted,

**BRINE, INC.,**

By its attorneys,

/s/ Jenny K. Cooper
Louis A. Rodriques, BBO #424720
Jenny K. Cooper, BBO #646860
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts  02110
(617) 951-8000

Dated:  September 1, 2005